**Earl BYARS, Appellant, v. STATE of Texas, Appellee.**

No. 21535.

Court of Criminal Appeals of Texas.

April 2, 1941.

James F. DeLoney, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for forgery. The punishment assessed is confinement in the state penitentiary for a term of two years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing said appeal. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**E. M. CHAMPION, Appellant, v. STATE of Texas, Appellee.**

No. 21591.

Court of Criminal Appeals of Texas.

April 23, 1941.

A. E. Shepherd, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of driving while intoxicated by the district court of Harrison County and his penalty assessed at $500 and 90 days in jail.

Appeal was perfected to this court, but appellant has subsequently filed herein, in accordance with law, his affidavit stating his desire to withdraw his appeal and to no longer prosecute the same. Accordingly, his motion is granted and the appeal is dismissed.

**Frank TICE, Appellant, v. STATE of Texas, Appellee.**

No. 21593.

Court of Criminal Appeals of Texas.

April 9, 1941.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for burglary of a private residence at night. The punishment assessed is confinement in the state penitentiary for a period of 25 years.

Since perfecting his appeal, appellant has filed in this court his written motion, duly verified, requesting the privilege of withdrawing said appeal. The request is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.